IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 MAR 22 AM 10: 41

| | |
|---|---|
| KIRKPATRICK HARVILLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 00-C-3138-S |
| ) | |
| WARDEN CHARLIE JONES ) | |
| and BILL PRYOR, ATTORNEY ) | |
| GENERAL FOR THE STATE OF ) | |
| ALABAMA, ) | |
| ) | |
| Respondents. ) | |

ENTERED
MAR 22 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this _21st_ day of March, 2002.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

